IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM E. BUSH JR.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LAW INFORCEMENT OF THE UNION, Official capacity;<br><br>　　　　　Defendant. | 8:19CV450<br><br>MEMORANDUM AND ORDER |

On October 16, 2019, the court ordered Plaintiff to pay the $400.00 filing and administrative fees or file a request for leave to proceed in forma pauperis within 30 days or face dismissal of this action. To date, Plaintiff has not paid the fees, submitted a request for leave to proceed in forma pauperis, or taken any other action in this matter. However, it appears Plaintiff did not receive notice of the court's order. The clerk of the court sent the October 16, 2019 order to Plaintiff at his last known address at the Douglas County Correctional Center and it was returned to this court as undeliverable because Plaintiff is no longer incarcerated there. (*See* Filing No. 6.)

Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1.　　Plaintiff must update his address within 20 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2. The clerk of the court is directed to set a pro se case management deadline in this case using the following text: **December 12, 2019**: check for address.

Dated this 22nd day of November, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge