IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| WILLIAM E. BUSH JR., | |
|---|---|
| Plaintiff, | 8:19CV450 |
| vs. | |
| LAW INFORCEMENT OF THE UNION, Official capacity; | MEMORANDUM AND ORDER |
| Defendant. | |

On October 16, 2019, the court ordered Plaintiff to pay the $400.00 filing and administrative fees or file a request for leave to proceed in forma pauperis that complies with 28 U.S.C. § 1915 within 30 days or face dismissal of this action. Additionally, on November 22, 2019, the court ordered Plaintiff to update his address with the court within 20 days or face dismissal of this action. To date, Plaintiff has not paid the fees, submitted a request for leave to proceed in forma pauperis, updated his address, or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

Dated this 20th day of December, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge